**Order filed March 5, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00112-CV
_____

### RICKY LYNN WILLIAMS, Appellant

### V.

### LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE; AND DEBRA GIBBS, ASSISTANT DIRECTOR, CLASSIFICATION AND RECORDS, Appellees

**On Appeal from the 419th District Court**
**Travis County, Texas**
**Trial Court Cause No. 322270419**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 419th District Court informed this court that appellant had not requested preparation of the reporter's record. On January 30, 2020, appellant was notified that we would consider and decide those issues that do not require a reporter's record unless appellant, on or before February 10, 2020, provided this court with written verification that a request to the court reporter for the record has been made. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.